UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

NICHOLAS A. JOHNSON
on behalf of himself and all
others similarly situated,

       Plaintiff,                             Case No. 18-cv-462

      v.

NATIONAL TECHNOLOGIES, INC.

       Defendant.

## [PROPOSED] FINAL ORDER APPROVING SETTLEMENT

WHEREAS, the Court has previously preliminarily approved the parties' Settlement Agreement (ECF No. 31-1), has reviewed the Joint Motion for Final Approval of Settlement, has reviewed the Petition for Approval of Attorneys' Fees and Costs filed by Plaintiff's counsel, and has held a fairness hearing regarding the same on July 11, 2019:

IT IS HEREBY ORDERED:

1. The Settlement Agreement is approved as fair, reasonable, and adequate as it applies to Johnson, the remaining members of the Wisconsin Class, and the Opt-In members of the FLSA Collective;

2. The Settlement Agreement is declared to be binding on Defendant, Johnson, the remaining members of Wisconsin Class, and the Opt-In members of the FLSA Collective;

3. The released claims are dismissed with prejudice and Johnson, all remaining members of the Wisconsin Class, and the Opt-In members of the FLSA Collective are

permanently barred from filing or prosecuting against Defendant any claims according to the applicable releases described in the Settlement Agreement.

4. The claims of Class and Collective members who do not participate in the Lawsuit are dismissed without prejudice;

5. Defendant and any of its affiliates, predecessors, successors, past present and future officers, directors, agents, members, managers, partners, attorneys, executors, employee benefit plans, insurers, assigns, and other representatives are forever released and discharged by Johnson and all participating members of the Wisconsin Class or FLSA Collective of and from any and all federal and state wage and hour claims that were asserted or reasonably could have been asserted in this matter, as of the date of the Final Order Approving Settlement;

6. Class Counsel's request for an award of attorneys' fees in an amount not to exceed $105,662.49 is approved, and the service award to Johnson in the amount of $8,500 is approved, and

7. Defendant and any of its affiliates, predecessors, successors, past present and future officers, directors, agents, members, managers, partners, attorneys, executors, employee benefit plans, insurers, assigns and other representatives are forever released and discharged by Johnson of and from any and all claims known or which reasonably should have been known by Johnson based on any fact or occurrence on or before the date of the Final Order Approving Settlement.

Dated this ___ day of _____, 2019.

                                       BY THE COURT

                                       _____
                                       The Honorable David E. Jones
                                       United States Magistrate Judge